UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

FILED 2010 JUL 27 PM 2:56
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
AKRON

IN RE: ) CASE NO. 09-54145
)
HARRIS, CHARLES & CHERIE ) CHAPTER 7
)
Debtor (s) ) JUDGE MARILYN SHEA-STONUM

## TRANSMITTAL OF UNCLAIMED FUNDS

ROBERT S. THOMAS, II, Trustee of this estate, reports the following:

1. Ninety days have passed since final distribution was made in this case. A stop payment has been issued on all checks remaining unpaid. The names of the persons to whom such un-negotiated checks were issued, the amount of such check and their last known addresses are:

| Claim No. | Name and Address | Claim Amount | Dividend Amount |
|---|---|---|---|
| #2 | Target National Bank<br>c/o Weinstein and Riley, PS<br>2001 Western Ave., Ste 400<br>Seattle, WA 98121 | $382.13 | $13.00 |

2. My Trustee's check for $13.00 payable to the Clerk of the United States Bankruptcy Court is attached to this report and list.

3. Nothing further remains to be done in this case.

Date: July 23, 2010

ROBERT S. THOMAS, II
Trustee in Bankruptcy

ck #10115
receipt # 81642